UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BRISCOE, III, | ) 1:07-cv-00320-AWI-SMS |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO PAY ) THE $350.00 FILING FEE OR TO ) SUBMIT A COMPLETED IN FORMA |
| v. | ) PAUPERIS FORM WITHIN TWENTY DAYS ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ORDER DIRECTING THE CLERK TO SEND ) TO PLAINTIFF A BLANK IN FORMA ) PAUPERIS APPLICATION FOR A PERSON |
| Defendants. | ) WHO IS NOT INCARCERATED ) |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On February 27, 2007, Plaintiff filed a complaint and a motion to proceed in forma pauperis.

Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of

1

1 all assets the person possesses and that the person is unable to
2 pay such fees or give security therefor. Id.; Floyd v. United
3 States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
4 modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
5 801 (6th Cir. 1999). Here, because Plaintiff did not complete his
6 application, the Court cannot determine whether Plaintiff
7 qualifies financially to proceed in forma pauperis. The Court
8 must have all the information requested in the application.
9 Plaintiff stated that he was employed part-time but did not state
10 his income. Without knowing the amount of Plaintiff's income per
11 pay period and the amount of Plaintiff's income from all other
12 sources, the Court cannot determine whether to grant or to deny
13 the application. However, the Court will give Plaintiff one last
14 opportunity either to pay the filing fee, or to submit a new
15 application that is complete and that gives the Court all the
16 required information.

17     Accordingly, it IS ORDERED that no later than twenty days
18 after the date of service of this order Plaintiff SUBMIT a
19 completed application to proceed in forma pauperis OR PAY the
20 filing fee; and the Clerk IS DIRECTED to send to Plaintiff with
21 this order a blank application to proceed in forma pauperis for a
22 person not in custody. Until receipt of the application or the
23 expiration of the time for filing such an application,
24 Plaintiff's complaint and other documents shall remain with the
25 Court. However, the Court will not proceed with screening the
26 complaint or other procedures relating to service until either
27 the filing fee is paid, or a completed application to proceed in
28 forma pauperis is received.

1  Plaintiff is warned that a failure to comply with this order
2 will result in a recommendation that Plaintiff's action be
3 dismissed for failure to prosecute and failure to comply with an
4 order of the Court.

IT IS SO ORDERED.

**Dated:   March 16, 2007**           **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE