# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. BRISCOE, III, | ) | 1:07cv0320 AWI SMS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING PLAINTIFF |
| | ) | TO FILE USM-285 FORMS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

Plaintiff James R. Briscoe, III, appearing pro se and in forma pauperis, filed this civil rights action on February 27, 2007. Plaintiff alleges that he was held in custody for approximately three and one half months under an illegal California Department of Corrections ("CDC") detainer.

## DISCUSSION

A.   Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to

1

state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

B.  Analysis

Plaintiff alleges that on March 8, 2006, the Fifth District Court of Appeals reversed his criminal conviction. The Fresno County District Attorney re-filed the criminal case and he was booked into the Fresno County Jail on May 31, 2006. On the same day, he alleges that a CDC detainer was placed against him, preventing him from any form of release. The detainer was eventually removed on August 17, 2006, and Plaintiff was released from custody.

Plaintiff contends that the CDC detainer was "illegal" because he was not under the jurisdiction of the CDC given the reversal of his criminal conviction and numerous orders from the Fresno County Superior Court indicating that he was not to be held on a parole or probation hold. As a result of his improper detainment, he alleges that he suffered physically and emotionally, and seeks $1,000 for each day he was wrongly held. He also seeks punitive damages.

The complaint appears to state a cognizable claim for relief under 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    California Department of Corrections

    Fresno County Parole Department

    Fresno County Jail

2. The Clerk of the Court shall send Plaintiff three USM-285 forms, three summonses, an instruction sheet and a copy of the complaint filed February 27, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.  Completed summonses;

    b.  One completed USM-285 form for each defendant listed above; and

       c.      four copies of the endorsed complaint filed February 27, 2007.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   May 3, 2007**　　　　　　　　　　　　　　　　  /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3