1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JAMES R. BRISCOE, III,                    CASE NO. 1:07-cv-00320-AWI-SMS

10                    Plaintiff,              ORDER VACATING FINDINGS AND
                                             RECOMMENDATIONS FILED ON JUNE 26,
11        v.                                  2007

12   CALIFORNIA DEPARTMENT                    (Doc. 14)
     OF CORRECTIONS, et al.,
13
                     Defendants.
14   _____/

15
16        On June 26, 2007, a Findings and Recommendations was filed.  (Doc. 14.)  On June 27,

17   2007, a virtually identical Findings and Recommendations was filed.  (Doc. 15.)  The Findings and

     Recommendations filed on June 26, 2007, was issued in error and is HEREBY VACATED.
18
19
20   IT IS SO ORDERED.

21   **Dated:    June 28, 2007**              _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1