1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  JAMES R. BRISCOE, III,                          CASE NO. 1:07-cv-00320-AWI-SMS

10                          Plaintiff,            ORDER DIRECTING CLERK'S OFFICE TO
                                                  ADMINISTRATIVELY RE-DESIGNATE THIS
11        v.                                      ACTION AS A 550 PC CASE

12  CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,
13
                            Defendants.
14  _____/

15
16        Plaintiff James R. Briscoe, III ("plaintiff") is a prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action involves conditions of

18  confinement at the Fresno County Jail.   Accordingly, the Clerk's Office is DIRECTED to

19  administratively re-designate this action as a 550 PC case.

20
    IT IS SO ORDERED.
21
    **Dated:    August 9, 2007**                    **/s/ Sandra M. Snyder**
22                                                  UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28