# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BRISCOE, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00320-AWI-SMS PC<br><br>ORDER GRANTING MOTION SEEKING THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTIONS, AND DENYING MOTION FOR TRANSFER OF ACTION TO SUPERIOR COURT<br><br>(Doc. 18) |

　　Plaintiff James R. Briscoe, III ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2007, plaintiff filed a motion seeking an extension of time and an order transferring this action to state court.

　　Plaintiff's motion for an extension of time shall be granted. Plaintiff has thirty days from the date of service of this order to file an objection, if any, to the findings and recommendations filed on June 27, 2007.

　　Plaintiff's motion for a transfer shall be denied. If plaintiff wishes to bring this action in superior court, he must file a notice of voluntary dismissal in this action and file a new complaint in superior court.

///
///
///
///

1

Accordingly, plaintiff's motion for a **thirty-day (30)** extension of time to file objections, if any, is GRANTED, and plaintiff's motion to transfer this case to superior court is DENIED.

IT IS SO ORDERED.

**Dated:   August 9, 2007**                              /s/ Sandra M. Snyder
                                                                              UNITED STATES MAGISTRATE JUDGE