# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BRISCOE, III, | CASE NO. 1:07-cv-00320-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 24) |
| Defendants. | SECOND AMENDED COMPLAINT DUE ON OR BEFORE OCTOBER 15, 2007 |
| _____/ | |

Plaintiff James R. Briscoe, III ("plaintiff") is a prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2007, the Court issued a Findings and Recommendations recommending dismissal of certain claims and recommending leave be granted to file a second amended complaint as to plaintiff's conditions of confinement claim only. After obtaining an extension of time to file an Objection, plaintiff retained counsel and is now seeking a second extension of time to file an Objection and to amend.

An amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superceded pleading," Local Rule 15-220. In light of the fact that plaintiff now has counsel, the Court will grant leave to file a second amended complaint at this time. Once the second amended complaint is filed, the first amended complaint is superceded, rendering the Findings and Recommendations moot. For this reason, plaintiff shall

///

1

1  not be granted an extension of time to file an Objection and any Objection filed with the second

2  amended complaint will not be considered by the Court.

3          Accordingly, plaintiff's motion for an extension of time to file a second amended complaint,

4  filed September 12, 2007, is GRANTED, and plaintiff shall file a second amended complaint on or

5  before October 15, 2007.

6

7  IT IS SO ORDERED.

8  **Dfated:    September 13, 2007             /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE