# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BRISCOE, III, | CASE NO. 1:07-cv-00320-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR RECUSAL |
| v. | (Doc. 21) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff James R. Briscoe, III ("plaintiff") is a prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 16, 2007, plaintiff filed a motion seeking recusal of the undersigned.[1]

"A judge is required to disqualify himself if his impartiality might reasonably be questioned, or if he has a personal bias or prejudice for or against a party." Hasbrouck v. Texaco, Inc., 842 F.2d 1034, 1045 (9th Cir. 1988) (citing 28 U.S.C. §§ 455(a), 455(b)(1)), aff'd, 496 U.S. 543, 110 S.Ct. 2535 (1990). "The bias must stem from an extrajudicial source and not be based solely on information gained in the course of the proceedings." Id. (citing In re Beverly Hills Bancorp, 752 F.2d 1334, 1341 (9th Cir. 1984)). "'Judicial rulings alone almost never constitute a valid basis for a bias or partiality motion.'" In re Focus Media, Inc., 378 F.3d 916, 930 (9th Cir. 2004) (quoting Liteky v. United States, 510 U.S. 540, 555, 114 S.Ct. 1147 (1994)). "'In and of themselves . . , they cannot possibly show reliance upon an extrajudicial source; and can only in the rarest circumstances

---

[1] Plaintiff filed the motion prior to retaining counsel.

1

1 evidence the degree of favoritism or antagonism required . . . when no extrajudicial source is
2 involved.'" Id.
3      Plaintiff takes issue with several rulings by the undersigned.  The rulings at issue are fully
4 supported by the relevant caselaw and plaintiff has made no showing otherwise.  Plaintiff's
5 disagreement with the rulings is not grounds for recusal in any event.  Further, plaintiff's assertion
6 that he did not consent to Magistrate Judge jurisdiction and therefore the undersigned may not issue
7 rulings in his case is without merit.  28 U.S.C. § 636(b)(1); Local Rule 72-302.
8      Plaintiff's motion requesting that the undersigned recuse herself is HEREBY DENIED.

10 IT IS SO ORDERED.

11 **Dated:   September 13, 2007**          /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE