IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. BRISCOE,

        Plaintiff,        CV F 07 0320 AWI WMW P

   vs.                       ORDER

CALIF. DEPT. OF CORRECTIONS, et al.,

        Defendants.

     Plaintiff is proceeding with retained counsel in a civil rights action pursuant to 42 U.S.C. § 1983.

     This action was initiated by Plaintiff proceeding pro se. On September 12, 2007, an order was entered, substituting Mark W. King, Esq., as attorney of record for Plaintiff. On October 15, 2007, a second amended complaint was filed. Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall issue and send to Plaintiff's counsel summons for each of the Defendants named in the October 15, 2007, second amended complaint. The Clerk's Office shall also send to Plaintiff's counsel the appropriate Rule 4 documents. IT IS SO ORDERED.

     Dated:   October 24, 2007     /s/ William M. Wunderlich
                                                      UNITED STATES MAGISTRATE JUDGE