EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax:         (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendant Robinson, Sims, Woodford and Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES R. BRISCOE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                              Defendant. | Case No.: 1:07-CV-00320 AWI WMW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

**GOOD CAUSE APPEARING**, the Court grants the parties' request to extend time for Defendants to file a responsive pleading to April 3, 2008.

IT IS SO ORDERED.

Dated:   February 27, 2008            /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE

1