| | |
|---|---|
| 1 | James D. Weakley, Esq.   Bar No. 082853 |
| | James J. Arendt, Esq.    Bar No. 142937 |
| 2 | |
| 3 | THE LAW FIRM OF |
| | WEAKLEY, RATLIFF, |
| | ARENDT & McGUIRE, LLP |
| 4 | 1630 East Shaw Avenue, Suite 176 |
| | Fresno, California   93710 |
| 5 | |
| | Telephone: (559) 221-5256 |
| 6 | Facsimile:  (559) 221-5262 |

7  Attorneys for Defendants, COUNTY OF FRESNO,
   ROBERT OSBORN, LAWRENCE MORRIS, JEFFREY LOCKIE,
8  VICTOR PRADO and MITCHELL REDONDO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | JAMES R. BRISCOE, III, | ) CASE NO. 1:07-CV-00320-AWI-WMW |
| 13 | Plaintiff, | ) |
| 14 | vs. | ) |
| 15 | COUNTY OF FRESNO, a municipality, | ) **STIPULATION AND ORDER** |
| | MARGARET MIMS, individually and in her | ) |
| 16 | official capacity as Fresno County Sheriff, | ) |
| | RONNIE SIMS, individually and in his official | ) |
| 17 | capacity as a parole agent for the California | ) |
| | Department of Corrections and Rehabilitation, | ) |
| 18 | LARRY ROBINSON, individually and in his | ) |
| | official capacity as a supervising parole agent for | ) |
| 19 | the California Department of Corrections and | ) |
| | Rehabilitation, SERGEANT R. OSBORN, | ) |
| 20 | individually and in his official capacity as an | ) |
| | employee of the Fresno County Jail, SERGEANT | ) |
| 21 | MORRIS, individually and in his official capacity | ) |
| | as an employee of the Fresno County Jail, | ) |
| 22 | SERGEANT LOCKIE, individually and in his | ) |
| | official capacity as an employee of the Fresno | ) |
| 23 | County Jail, OFFICER PRADO, individually and | ) |
| | in his official capacity as an employee of the | ) |
| 24 | Fresno County Jail, CORPORAL REDONDO, | ) |
| | individually and in his official capacity as an | ) |
| 25 | employee of the Fresno County Jail, MS. | ) |
| | PALMER, individually and in her official | ) |
| 26 | capacity as an employee fo the California | ) |
| | Department of Corrections and Rehabilitation, | ) |
| 27 | and Does 1 through 20 inclusive, | ) |
| 28 | Defendants. | ) |

1     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their counsel of record, to extend the time for defendants COUNTY OF FRESNO, ROBERT OSBORN, LAWRENCE MORRIS, JEFFREY LOCKIE, VICTOR PRADO and MITCHELL REDONDO ("defendant COUNTY") to respond to plaintiff's Second Amended Complaint to April 3, 2008.

DATED: February 29, 2008

                                        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                        By:   /s/ James J. Arendt
                                                James J. Arendt
                                                Attorney for Defendants COUNTY OF FRESNO, ROBERT OSBORN, LAWRENCE MORRIS, JEFFREY LOCKIE, VICTOR PRADO and MITCHELL REDONDO

DATED: February 29, 2008

                                        By:   /s/ Megan O'Carroll
                                                Megan O'Carroll
                                                Deputy Attorney General
                                                Attorney for Defendants Robinson, Sims, Woodford and Tilton

DATED: February 29, 2008

                                        By:   /s/ Mark King
                                                Mark King
                                                Attorney for Plaintiff James R. Briscoe

IT IS SO ORDERED.

**Dated:   March 13, 2008**                  **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE