IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. BRISCOE III,

       Plaintiff,                 CV F 07 0320 AWI WMW PC

  vs.                               ORDER

CALIF. DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

       Defendants.

       This is a prisoner civil rights action brought by Plaintiff, formerly in the custody of the California Department of Corrections and Rehabilitation.   On April 3, 2008, Defendants Woodford, Robinson, Sims and Tilton filed a motion to dismiss.  On the same day, Defendants County of Fresno, Sheriff Mims, Robert Osborn, Lawrence Morris, Jeffrey Lockie, Victor Prado and Mitchell Redondo filed a motion to dismiss or for a more definite statement.   On April 23, 2008, the parties filed a stipulation to extend time to file a response to the motions to dismiss. The stipulation also continued the hearing on the motions to June 9, 2008.

       Pursuant to Local Rule 78-230(h), the motions will be submitted on the pleadings when the time for filing a reply to the opposition, if any, has run.  Pursuant to the stipulation submitted on April 23, 2008, Plaintiff's opposition to the motions is due May 26, 2008.   Accordingly, IT IS

HEREBY ORDERED that:

    1. Plaintiff's opposition is due May 26, 2008.

    2. The hearing set for May 9, 2008, before U.S. District Judge Anthony Ishii is vacated. The matter will be submitted on the pleadings upon expiration of time for filing a reply.

IT IS SO ORDERED.

**Dated:   April 29, 2008**               /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE