IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. BRISCOE III,

    Plaintiff,             1: 07 CV 0320 AWI WMW PC

  vs.                             ORDER

MARGARET MIMS, et al.,

    Defendants.

    Pursuant to stipulation of the parties filed on December 9, 2008, the following deadlines are extended. Discovery cutoff is extended to June 12, 2009, and the dispositive motion filing deadline is extended to August 14, 2009.

IT IS SO ORDERED.

**Dated:   April 7, 2009**                    /s/ **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE