1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES BRISCOE,                                    CASE NO.     1:07-cv-320-AWI-MJS (PC)

                    Plaintiff,

        v.                                                    ORDER SUBSTITUTING ATTORNEY

STATE OF CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

                    Defendants.

_____/

        It is hereby ORDERED that attorney Veronica Swanigan of Swanigan Legal Services is substituted in as attorney of record for Plaintiff James Briscoe.  The Clerk's office shall redesignate this case as a 440 civil rights case.

IT IS SO ORDERED.

Dated:      October 12, 2010            _____/s/ *Michael J. Seng*_____
                                                          UNITED STATES MAGISTRATE JUDGE