UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. BRISCOE, III,<br><br>        Plaintiff,<br><br>   v.<br><br>MARGARET MIMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO.  1:07-cv-320-AWI-MJS<br><br>ORDER RETURNING PLAINTIFF'S AFFIDAVIT AND DIRECTING PLAINTIFF THAT FUTURE FILINGS ARE TO BE ROUTED THROUGH HIS ATTORNEY<br><br>(ECF No. 104) |

On December 2, 2010, Plaintiff James R. Briscoe filed an "Affidavit" asking the Court to grant him additional time to respond to the pending Motion for Summary Judgment because his attorney would no longer be representing him. (ECF No. 104.) Attached to the affidavit was a November 5, 2010 letter from his attorney of record, Veronica Swanigan, advising that medical concerns left her unable to continue representing Briscoe in this action. (Id., att. A.)

Local Rule 182(d) provides that "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." Attorney Swanigan has not filed a

motion that complies with Rule 182.  She therefore remains counsel of record for Briscoe in this action.[1]

The Court will not accept filings directly from a party represented by counsel. Unless and until the Court allows Attorney Swanigan to withdraw as counsel of record in this case, it will not accept filings directly from Plaintiff Briscoe.

Accordingly, the Clerk's Office is ORDERED to return to Plaintiff Briscoe the documents filed December 2, 2010 along with  a copy of this Order.

IT IS SO ORDERED.

Dated:   December 7, 2010         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Notably, after Attorney Swanigan sent Briscoe the November 5 letter, she filed for an extension of time to respond to the Motion for Summary Judgment.  Thus, her precise intent with regard to continued representation of  Briscoe in this action is unclear.  Nevertheless, until Local Rule 182 is complied with, the Court will consider Attorney Swanigan counsel of record and accountable for this action.